**Order filed February 28, 2019**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-18-00344-CR

_____

## TIMOTHY PATRICK LEE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 17-4721**

### O R D E R

Timothy Patrick Lee, who is currently represented by court-appointed counsel David G. Rogers, has filed in this court a timely request to proceed pro se on appeal. Lee asks to be substituted for Rogers so that Lee may proceed with this appeal pro se. We abate this appeal.

We must abate the appeal and remand the cause to the trial court so that the trial court may determine the following:

1. Whether Lee desires to prosecute his appeal;

2. Whether Lee remains indigent;

3. If not indigent, whether Lee has retained counsel for this appeal; and

4. If indigent, whether Lee desires to have counsel appointed to represent him in this appeal or whether, after being warned of the dangers and disadvantages of self-representation, Lee competently and intelligently chooses to exercise the right to represent himself.

If it is determined that Lee is indigent and is exercising his right to represent himself, the trial court must develop evidence as to whether Lee's decision to proceed without counsel is knowingly and intelligently made. *See Faretta v. California*, 422 U.S. 806 (1975); *Ex parte Davis*, 818 S.W.2d 64 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987); *Webb v. State*, 533 S.W.2d 780, 783–86 (Tex. Crim. App. 1976). We note that Lee need not appear in person at the hearing and that the trial court may permit him to appear via telephone. The trial court is directed to enter findings of fact and conclusions of law and to make any appropriate recommendations to this court.

The clerk of the trial court is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before March 29, 2019.

The appeal is abated.

February 28, 2019                                                    PER CURIAM

Do not publish. *See* Tex. R. App. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.